# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUB PROPERTIES TRUST, a Maryland corporation,<br><br>Plaintiff,<br>vs.<br>ACE MORTGAGE FUNDING, LLC, an Indiana limited liability company; and AMERICAN MORTGAGE EXPRESS FINANCIAL, a California corporation,<br><br>Defendants. | CASE NO. 07cv847 WQH (BLM)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion of Dismissal of Defendant American Mortgage Express Financial (Doc. # 37) is **GRANTED**. Defendant American Mortgage Express Financial is **DISMISSED without prejudice,** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Hub Properties Trust and Defendant American Mortgage Express Financial will bear their own costs, fees and expenses associated with this action.

DATED: February 5, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge